IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OREST TODUA | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALEJANDRO MAYORKAS, | : | |
| SECRETARY U.S. DEPARTMENT | : | |
| OF HOMELAND SECURITY | : | |
| | : | |
| TRACEY RENAUD, ACTING | : | No. 21-2738 |
| DIRECTOR, USCIS | : | |
| | : | |
| TERRI ROBINSON, DIRECTOR, USCIS | : | |
| Overland Park, KS | : | |
| *Defendants*. | : | |

**ORDER**

AND NOW, this 26th day of October, 2021, upon consideration of Defendants' motion to dismiss (ECF No. 9), Plaintiff's response in opposition (ECF No. 10), Defendants' reply (ECF No. 11), Plaintiff's surreply (ECF No. 12), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Defendants' Motion is GRANTED. Plaintiff's Amended Complaint (ECF No. 2) is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to mark this case as closed.

BY THE COURT

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, JUDGE